# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KLEINPETER-KENNEDY POOL
SERVICES, LLC

NO.  2025 CW 1160

VERSUS

RENE ORTLIEB, III

**FEBRUARY 23, 2026**

---

In Re:    Rene Ortlieb, III, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 719232.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's August 11, 2025 judgment which denied the motion for summary judgment filed by defendant, Rene Ortlieb, III, and granted the motion for summary judgment filed by plaintiff, Kleinpeter Pool Services, LLC, is reversed. Under La. Code Civ. P. art. 1201, a judgment rendered against a defendant who has not been validly cited and served with the petition is absolutely null, even if there is actual notice of the suit. **In re Just. of Peace Landry**, 2001-0657 (La. 6/29/01), 789 So.2d 1271, 1277. Without such citation and service of process, the court does not have jurisdiction over the person of the defendant. **Id.** Under La. Code Civ. P. art. 1231, service of citation or other process may be either personal or domiciliary. According to the evidence submitted herein, the constable was unable to effect service on defendant, either by personal or domiciliary service. La. Code Civ. P. art. 4919(D) provides, in Justice of the Peace courts, service may be made by the court by certified mail, with return receipt requested, and if the properly addressed certified mail return receipt reply form is signed by the defendant, service shall be considered personal, and if signed by a person other than defendant, service shall be considered domiciliary. There is no return receipt in the evidence in this case. Accordingly, based on the lack of service on defendant prior to rendering the default judgment by the Justice of the Peace Court, we find the default judgment rendered against defendant, Rene Ortlieb, III, is absolutely null. See La. Code Civ. P. art. 2002. This matter is remanded to the district court to conduct a trial de novo.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT